**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
Wilson C. Freeman (No. 036953)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-5025
Joseph.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
Wilson.Freeman@azag.gov
*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*
*(additional counsel listed below)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona; State of Idaho; State of Indiana; State of Nebraska; State of South Carolina; Mark Brnovich, in his official capacity as Attorney General of Arizona;<br><br>Plaintiffs,<br>v.<br>Martin J. Walsh in his official capacity as U.S. Secretary of Labor; U.S. Department of Labor; U.S. Department of Labor, Wage & Hour Division; Joseph R. Biden in his official capacity as President of the United States; Jessica Looman in her official capacity as Acting Administrator of the U.S. Department of Labor, Wage & Hour Division,<br><br>Defendants. | No. 2:22-cv-00213-SPL<br><br>**NOTICE OF MOTION TO TRANSFER** |

# NOTICE OF MOTION TO TRANSFER

Plaintiff the State of Arizona and Mark Brnovich, Arizona Attorney General hereby provide notice that they have filed a motion to transfer this action as a related case to *Brnovich v. Biden*, 2:21-cv-01568-MTL. A copy of the transfer motion is attached.

DATED: 9th of February, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**
By <u>s/ Drew C. Ensign</u>
   Joseph A. Kanefield (No. 15838)
   Brunn W. Roysden III (No. 28698)
   Drew C. Ensign (No. 25463)
   Wilson C. Freeman (No. 036953)
   Office of the Arizona Attorney General
   2005 N. Central Ave
   Phoenix, AZ 85004-1592
   Phone: (602) 542-5025
   Joseph.Kanefield@azag.gov
   Beau.Roysden@azag.gov
   Drew.Ensign@azag.gov
   Wilson.Freeman@azag.gov

*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all Defendants who have appeared in *Brnovich v.* Biden, No. 2:21-cv-01568-MTL will be served by the CM/ECF system pursuant to the notice of electronic filing. I further certify that a copy of this notice and attached motion will be included in the service of this suit and summons upon Plaintiffs, which will be dispatched by first-class U.S. mail tomorrow.

 */s/ Drew C. Ensign*
*Attorney for Plaintiffs Mark Brnovich, in his official capacity as Attorney General of Arizona; and the State of Arizona*