**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8540
Joseph.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
Robert.Makar@azag.gov
*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*
*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Idaho; State of Indiana; State of South Carolina; Mark Brnovich, in his official capacity as Attorney General of Arizona;<br>   Plaintiffs,<br><br>       v.<br><br>Martin J. Walsh in his official capacity as U.S. Secretary of Labor; U.S. Department of Labor; U.S. Department of Labor, Wage & Hour Division; Joseph R. Biden in his official capacity as President of the United States; Jessica Looman in her official capacity as Acting Administrator of the U.S. Department of Labor, Wage & Hour Division,<br><br>       Defendants. | No.  2:22-cv-00213-JJT<br><br>**STATE'S MOTION FOR LEAVE TO FILE AN OVERLENGTH MOTION FOR A PRELIMINARY INJUNCTION** |

**MOTION**

Plaintiff States respectfully request leave to file the attached 27-page Motion for a Preliminary Injunction, which exceeds the applicable page limits of the Local Rules.

This case challenges a Department of Labor rule implementing Executive Order 14026, *Increasing the Minimum Wage for Federal Contractors*, 86 Fed. Reg. 67,126 (Nov. 24, 2021). As explained in the attached motion, the rule violates both the Procurement Act and the Administrative Procedure Act, and inflicts sovereign, quasi-sovereign, and proprietary injuries on the States.

The issues presented are somewhat complex: the rule alone itself spans over a hundred pages of single-spaced, small-type, triple-column text in the Federal Register with 153 footnotes—the reasoning of which the Plaintiffs States have addressed the attached motion. Given that complexity, as well as the significant importance for the parties, and the multi-faceted injuries that the rule inflicts upon Plaintiffs, a small expansion of the page limit is appropriate. The additional length will assist the States in presenting the issues to this Court and should aid this Court's resolution of the questions presented. The States have endeavored to present the issues succinctly, but respectfully submits that the additional depth is warranted here.[1]

---

[1] For the same reasons as well as fairness considerations, Plaintiff States will not oppose any commensurate increase for Federal Defendants' response.

RESPECTFULLY SUBMITTED this 18th day of April, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**
By s/ Drew C. Ensign
  Joseph A. Kanefield (No. 15838)
  Brunn W. Roysden III (No. 28698)
  Drew C. Ensign (No. 25463)
  Robert J. Makar (No. 33579)
  Office of the Arizona Attorney General
  2005 N. Central Ave
  Phoenix, AZ 85004-1592
  Phone: (602) 542-5025
  Joseph.Kanefield@azag.gov
  Beau.Roysden@azag.gov
  Drew.Ensign@azag.gov
  Robert.Makar@azag.gov

*Attorneys for Plaintiffs the State of Arizona and Mark Brnovich, Arizona Attorney General*

By s/ Brian Kane
  Brian Kane*
  Chief Deputy Attorney General
  Office of the Idaho Attorney General
  700 W. Jefferson Street, Ste. 210
  P.O. Box 83720
  Boise, ID 83720
  Telephone: (208) 334-2400
  Email: Brian.Kane@ag.idaho.gov

*Attorney for Plaintiff State of Idaho*

By s/ Thomas M. Fisher
  Thomas M. Fisher*
  Solicitor General
  Office of the Indiana Attorney General
  IGC-South, Fifth Floor
  302 West Washington Street
  Indianapolis, IN 46204-2770
  Telephone: (317) 232-6255
  Email: Tom.Fisher@atg.in.gov

*Attorney for Plaintiff State of Indiana*

By <u>s/ James A. Campbell</u>
James A. Campbell (No. 26737)
Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Phone: (402) 471-2682
Email: Jim.Campbell@nebraska.gov

*Attorney for Plaintiff State of Nebraska*

By <u>s/ Thomas T. Hydrick</u>
Thomas T. Hydrick*
Assistant Deputy Solicitor General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-4127
Email: thomashydrick@scag.gov

*Attorney for Plaintiff State of South Carolina*

* admitted pro hac vice

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing. In addition, I have caused a copy of this motion to be served with a copy of the First Amended Complaint upon Defendants United States Department of Defense; Lloyd Austin in his official capacity as Secretary of Defense, who have not yet entered an appearance.

     s/ Drew C. Ensign
*Attorney for the State of Arizona*

4