**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona; State of Idaho; State of Indiana; State of South Carolina; Mark Brnovich, in his official capacity as Attorney General of Arizona;<br>       Plaintiffs,<br>           v.<br>Martin J. Walsh in his official capacity as U.S. Secretary of Labor; U.S. Department of Labor; U.S. Department of Labor, Wage & Hour Division; Joseph R. Biden in his official capacity as President of the United States; Jessica Looman in her official capacity as Acting Administrator of the U.S. Department of Labor, Wage & Hour Division,<br>       Defendants. | No. 2:22-cv-00213-JJT<br><br>**[PROPOSED] ORDER** |

   Having considered Plaintiff States' Motion for Leave to File an Overlength Motion for a Preliminary Injunction, **IT IS HEREBY ORDERED** granting the motion. The proposed motion attached to the motion for leave is deemed **FILED.**