LAWRENCE G. WASDEN
IDAHO ATTORNEY GENERAL

BRIAN P. KANE, ISB #6264
Chief Deputy Attorney General

DOUGLAS A. WERTH, ISB #3660
Deputy Attorney General
Office of the Idaho Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Facsimile:  (208) 854-8073
janet.carter@ag.idaho.gov
brian.kane@ag.idaho.gov
doug.werth@labor.idaho.gov

*Attorneys for Plaintiff State of Idaho*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Martin J. Walsh, *et al.*,<br><br>　　　　Defendants. | No. CV-22-00213-PHX-JJT<br><br>**DECLARATION OF BLAKE CHRISTENSEN** |

I, BLAKE CHRISTENSEN, declare as follows:

1.　My name is Blake Christensen.  I am more than eighteen years of age, and I am legally competent to make this declaration. I have personal knowledge of the facts set forth herein and can testify as to the truth of the statements contained herein if called upon as a witness at the trial of this action.

**DECLARATION OF BLAKE CHRISTENSEN – Page 1**

2. I currently serve as General Counsel and Chief Compliance Officer for Idaho State University, a state university with its main campus in Pocatello, Idaho ("Idaho State"). In this capacity, I act as in-house counsel to Idaho State and represent its legal interests. As part of my duties as General Counsel, I am familiar with and provide advice to Idaho State's Office of Sponsored Programs, which oversees programs that receive federal funding. My basic duties also include providing guidance to Idaho State's human resources professionals.

3. Idaho State employs approximately 3,473 individuals, including employees who directly or indirectly work on federal contracts or federal contract-like instruments. Idaho State is considered a federal contractor due to federal contracts and contract-like instruments related to its research activities.

4. I am familiar with Executive Order 14026, Increasing the Minimum Wage for Government Contractors, and its implementing Final Rule issued by the U.S. Department of Labor, located at Fed. Reg. 67,126. Idaho State is a party to instruments that would be considered federal contracts or "contract-like instruments" under EO 14026 ("EO 14026 contracts") and have a cumulative award total of $2,982,422 and a current year award total of $629,321.

5. These EO 14026 contracts include thirteen contracts that involve Idaho State employees who make less than $15 per hour whose wages will be required to be increased by EO 14026.

6. The EO 14026 contracts are important to the State of Idaho and Idaho State because through those contracts Idaho State provides education, examines human

**DECLARATION OF BLAKE CHRISTENSEN – Page 2**

health, and produces research efforts on important and timely topics such as advanced energy, cyber security, and security of natural resources.

7. After analyzing all employees working on or in connection with the EO 14026 contracts, 46 current employees (generally student employees) were identified as not meeting the new minimum wage requirement of EO 14026 and Idaho State was forced to increase the pay of each of those employees to meet the new federal minimum wage requirement.

8. The increase in pay for these employees created systemic inequities and inefficiencies with respect to employees doing similar work but not on federal contracts covered by EO 14026; these inequities will require Idaho State to increase the wages of some of its employees who do not work in connection with the EO 14026 contracts.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

This 13th day of April, 2022.

/s/   Blake Christensen
Blake Christensen

**DECLARATION OF BLAKE CHRISTENSEN – Page 3**