**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)


Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8540
Joseph.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
Robert.Makar@azag.gov
*Attorneys for Plaintiffs Mark Brnovich and*
*the State of Arizona*
*(additional counsel listed below)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Idaho; State of Indiana; State of Nebraska; State of South Carolina; Mark Brnovich, in his official capacity as Attorney General of Arizona; Plaintiffs, <br><br> v. <br><br> Martin J. Walsh in his official capacity as U.S. Secretary of Labor; U.S. Department of Labor; U.S. Department of Labor, Wage & Hour Division; Joseph R. Biden in his official capacity as President of the United States; Jessica Looman in her official capacity as Acting Administrator of the U.S. Department of Labor, Wage & Hour Division, <br><br> Defendants. | No.   2:22-cv-00213-JJT <br><br> **NOTICE OF ERRATA** |

# NOTICE OF ERRATA

Due to an oversight, some of the pleadings in this action inadvertently omitted the State of Nebraska as a Plaintiff in the caption, although Nebraska was properly included in the signature block. For avoidance of doubt, the State of Nebraska is, and has at all times been, one of the Plaintiff States in this action.

RESPECTFULLY SUBMITTED this 22nd day of April, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**
By s/ Drew C. Ensign
    Joseph A. Kanefield (No. 15838)
    Brunn W. Roysden III (No. 28698)
    Drew C. Ensign (No. 25463)
    Robert J. Makar (No. 33579)
    Office of the Arizona Attorney General
    2005 N. Central Ave
    Phoenix, AZ 85004-1592
    Phone: (602) 542-5025
    Joseph.Kanefield@azag.gov
    Beau.Roysden@azag.gov
    Drew.Ensign@azag.gov
    Robert.Makar@azag.gov

*Attorneys for Plaintiffs the State of Arizona and Mark Brnovich, Arizona Attorney General*

By s/ Brian Kane
    Brian Kane*
    Chief Deputy Attorney General
    Office of the Idaho Attorney General
    700 W. Jefferson Street, Ste. 210
    P.O. Box 83720
    Boise, ID 83720
    Telephone: (208) 334-2400
    Email: Brian.Kane@ag.idaho.gov

*Attorney for Plaintiff State of Idaho*

1

By s/ Thomas M. Fisher
    Thomas M. Fisher*
    Solicitor General
    Office of the Indiana Attorney General
    IGC-South, Fifth Floor
    302 West Washington Street
    Indianapolis, IN 46204-2770
    Telephone: (317) 232-6255
    Email: Tom.Fisher@atg.in.gov

*Attorney for Plaintiff State of Indiana*

By s/ James A. Campbell
    James A. Campbell (No. 26737)
    Solicitor General
    Office of the Nebraska Attorney General
    2115 State Capitol
    Lincoln, NE 68509
    Phone: (402) 471-2682
    Email: Jim.Campbell@nebraska.gov

*Attorney for Plaintiff State of Nebraska*

By s/ Thomas T. Hydrick
    Thomas T. Hydrick*
    Assistant Deputy Solicitor General
    Office of the South Carolina Attorney General
    Post Office Box 11549
    Columbia, SC 29211
    Phone: (803) 734-4127
    Email: thomashydrick@scag.gov

*Attorney for Plaintiff State of South Carolina*

* admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing. In addition, I have caused a copy of this motion to be served with a copy of the First Amended Complaint upon Defendants United States Department of Defense; Lloyd Austin in his official capacity as Secretary of Defense, who have not yet entered an appearance.

 s/ Drew C. Ensign
*Attorney for the State of Arizona*