**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8540
Joseph.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
James.Rogers@azag.gov
Robert.Makar@azag.gov
*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*
*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Idaho; State of Indiana; State of Nebraska; State of South Carolina; Mark Brnovich, in his official capacity as Attorney General of Arizona;<br>    Plaintiffs,<br>     v.<br>Martin J. Walsh in his official capacity as U.S. Secretary of Labor; U.S. Department of Labor; U.S. Department of Labor, Wage & Hour Division; Joseph R. Biden in his official capacity as President of the United States; Jessica Looman in her official capacity as Acting Administrator of the U.S. Department of Labor, Wage & Hour Division,<br>    Defendants. | No.  2:22-cv-00213-JJT<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that James K. Rogers of the Arizona Attorney General's Office appears as an attorney of record on behalf of Plaintiff the State of Arizona.

RESPECTFULLY SUBMITTED this 3rd day of June, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**
By s/ *James K. Rogers*
   Joseph A. Kanefield (No. 15838)
   Brunn W. Roysden III (No. 28698)
   Drew C. Ensign (No. 25463)
   James K. Rogers (No. 27287)
   Robert J. Makar (No. 33579)
   Office of the Arizona Attorney General
   2005 N. Central Ave
   Phoenix, AZ 85004-1592
   Phone: (602) 542-5025
   Joseph.Kanefield@azag.gov
   Beau.Roysden@azag.gov
   Drew.Ensign@azag.gov
   James.Rogers@azag.gov
   Robert.Makar@azag.gov

*Attorneys for Plaintiffs the State of Arizona and Mark Brnovich, Arizona Attorney General*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

                                                    s/ *James K. Rogers*
                                             *Attorney for the State of Arizona*