BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch

JUSTIN M. SANDBERG
Senior Trial Counsel
TAISA M. GOODNATURE
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5838
E-mail: justin.sandberg@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Martin J. Walsh, Secretary of Labor, *et al.*, <br><br> Defendants. | No. 2:22-cv-213-JJT <br><br> **NOTICE OF WITHDRAWAL** |

NOTICE IS HEREBY GIVEN that Justin M. Sandberg, Senior Trial Counsel, Federal Programs Branch, Civil Division, United States Department of Justice, hereby withdraws his appearance on behalf of Defendants. Mr. Sandberg is leaving the Department of Justice.

Dated: August 18, 2022                            Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney
                                                  General

BRAD P. ROSENBERG
Assistant Branch Director
Federal Programs Branch

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
Senior Trial Counsel
Illinois Bar No. 6278377
TAISA M. GOODNATURE
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5838
E-mail: justin.sandberg@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2022, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

/s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG