**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-5025
Joe.Kanefield@azag.gov
Drew.Ensign@azag.gov
James.Rogers@azag.gov
Robert.Makar@azag.gov
*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *et al.*, | No. CV-22-00213-PHX-JJT |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL (BRUNN W. ROYSDEN III)** |
| v. | |
| Martin J. Walsh, *et al.*, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Brunn ("Beau") W. Roysden III, due to his departure from the Arizona Attorney General's Office on October 7, 2022, is withdrawing as counsel for Plaintiffs Arizona Attorney General Mark Brnovich and the State of Arizona in this matter. All other counsel for Plaintiffs Arizona Attorney General Mark Brnovich and the State of Arizona will remain the same.

The Clerk of the Court is requested to terminate Mr. Roysden as counsel for Arizona Attorney General Mark Brnovich and the State of Arizona and discontinue sending him ECF notices in this case.

RESPECFULLY SUBMITTED this 19th day of October, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By */s/ Drew C. Ensign*
    Joseph A. Kanefield (No. 15838)
    Drew C. Ensign (No. 25463)
    James K. Rogers (No. 27287)
    Robert J. Makar (No. 33579)
    2005 N. Central Ave
    Phoenix, AZ 85004-1592
    Phone: (602) 542-5025
    Joe.Kanefield@azag.gov
    Drew.Ensign@azag.gov
    James.Rogers@azag.gov
    Robert.Makar@azag.gov

*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all Defendants who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/ Drew C. Ensign
*Attorney for Plaintiffs Mark Brnovich, in his official capacity as Attorney General of Arizona; and the State of Arizona*