Brian M. Bergin, (#16375)
Anthony R. Napolitano, (#034586)
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone:  (602) 888-7858
Facsimile:   (602) 888-7856
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Plaintiffs State of Arizona and Mark Brnovich*

# IN THE UNITED STATES DISTRICT COURT

# IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona.<br><br>                      Plaintiff,<br><br>v.<br><br>Walsh.<br><br>                      Defendant. | No:  2:22-cv-213<br><br>**NOTICE OF APPEARANCE FOR PLAINTIFFS STATE OF ARIZONA AND MARK BRNOVICH** |

Please take notice that Brian M. Bergin and Anthony R. Napolitano, of Bergin Frakes Smalley & Oberholtzer, PLLC, hereby enter their appearance on behalf of Plaintiff State of Arizona and Mark Brnovich ("Plaintiffs"). Please send future notices and correspondence addressed to the Plaintiffs the following address:

Brian M. Bergin
Anthony R. Napolitano
Bergin Frakes Smalley & Oberholzer PLLC
4343 E. Camelback Road #210
Phoenix, Arizona 85018
bbergin@bfsolaw.com
anapolitano@bfsolaw.com

**DATED** this 30th day of December, 2022.

          **BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

          By: */s/ Anthony R. Napolitano*
          Brian M. Bergin
          Anthony R. Napolitano
          4343 E. Camelback Road, Suite 210
          Phoenix, Arizona 85018
          *Attorneys for Plaintiffs State of Arizona and Mark Brnovich*

## CERTIFICATE OF SERVICE

On this 30th day of December, 2022, the foregoing was filed with the Arizona District Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Anthony R. Napolitano*