**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-5025
Joe.Kanefield@azag.gov
Drew.Ensign@azag.gov
James.Rogers@azag.gov
Robert.Makar@azag.gov
*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *et al.*, | No. CV-22-00213-PHX-JJT |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| Martin J. Walsh, *et al.*, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Anthony R. Napolitano of Bergin Frakes Smalley & Oberholtzer, Pllc is substituting as counsel for Plaintiffs Arizona Attorney General Mark Brnovich and the State of Arizona in place of Joseph A. Kanefield, Drew C. Ensign, and James K. Rogers in this matter, who are departing from the Office of the Attorney General.

The Clerk of the Court is requested to terminate Joseph A. Kanefield, Drew C. Ensign, and James K. Rogers as counsel for Arizona Attorney General Mark Brnovich.

RESPECFULLY SUBMITTED this 30 day of December, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By */s/ Drew C. Ensign*
   Joseph A. Kanefield (No. 15838)
   Drew C. Ensign (No. 25463)
   James K. Rogers (No. 27287)
   Robert J. Makar (No. 33579)
   2005 N. Central Ave
   Phoenix, AZ 85004-1592
   Phone: (602) 542-5025
   Joe.Kanefield@azag.gov
   Drew.Ensign@azag.gov
   James.Rogers@azag.gov
   Robert.Makar@azag.gov

*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all Defendants who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

      /s/ Drew C. Ensign
*Attorney for Plaintiffs Mark Brnovich, in his official capacity as Attorney General of Arizona; and the State of Arizona*